BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| MOHAMMED HANIF, | Case No.: 2:12-cv-02612-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint be extended from September 28, 2015, to October 28, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.  Defendant respectfully requests this additional time because additional time is required to assemble the certified administrative record.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly:

Plaintiff shall file his motion for summary judgment and/or remand within 47 days of the filing of the answer and transcript (on or before December 14, 2015); Defendant shall file her opposition within 30 days of the filing of Plaintiff's motion for summary judgment (on or before January 13, 2016); Plaintiff shall file his reply brief within 20 days of the filing of Defendant's opposition (on or before February 02, 2016)

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  September 28, 2015         */s   Jared T. Walker*
(*as authorized via e-mail on July 31, 2015)
STEPHEN A. VALIZAN
Attorney for Plaintiff


Dated:  September 28, 2015         BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

Dated:  October 5, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE